# Court of Appeals
# of the State of Georgia

ATLANTA,____April 29, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1535.  QUARTEZ MARQUIS JOHNSON v. THE STATE.**

In 2007, Quartez Marquis Johnson pled guilty to possession of cocaine and obstruction of an officer and was given a probated first-offender sentence. The state petitioned to revoke his probation five times in the next five years, and the trial court ultimately sentenced him to five years in prison. Johnson filed a motion to correct or modify his new sentence, seeking credit for time served. The trial court denied the motion, and Johnson filed this direct appeal.

Because the underlying subject matter of Johnson's appeal is the revocation of his first-offender probation, he was required to file an application for discretionary appeal in order to obtain review in this Court. See OCGA § 5-6-35 (a) (5); *Jones v. State*, 322 Ga. App. 269 n. 2 (745 SE2d 1) (2013); *Zamora v. State*, 226 Ga. App. 105 (485 SE2d 214) (1997). Johnson's failure to file an application for discretionary appeal deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED. See *White v. State*, 233 Ga. App. 873 (505 SE2d 228) (1998).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,____* 04/29/2015 ____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*